**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**26-CR-60137-DAMIAN/STRAUSS**
CASE NO. _____

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

**HENRY BALDWIN LOCKWOOD III,**

   **Defendant.**
_____/

FILED BY____BM____D.C.

May 21, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

### Relevant Individuals

1.      Defendant **HENRY BALDWIN LOCKWOOD III**, a resident of Broward County, Florida, was a Florida state certified police officer with the Fort Lauderdale Police Department located in Broward County, Florida, and had been employed as such since approximately August 2012.

### Relevant Entities

2.      The Fort Lauderdale Black Police Officers Association ("BPOA") was a Fort Lauderdale, Florida-based 501(c)(3) organization that was comprised of police officers and civilians, dedicated to providing justice, fairness, and effectiveness in law enforcement. From at least in or around July 2020, **HENRY BALDWIN LOCKWOOD III** was the Treasurer of the BPOA.

3.      The Fort Lauderdale Black Police Officers Association ("BPOA") maintained its

funding via members' dues which were directly withdrawn bi-weekly from members' paychecks at the direction of a payroll specialist for the City of Fort Lauderdale, which was then deposited into the BPOA's bank account.

4.   Bank 1 was a financial institution headquartered in San Francisco, California, with locations throughout the United States, including the State of Florida, whose accounts were federally insured by the Federal Deposit Insurance Corporation ("FDIC").

5.   Bank 2 was a financial institution headquartered in Charlotte, North Carolina, with locations throughout the United States, including the State of Florida, whose accounts were federally insured by the Federal Deposit Insurance Corporation ("FDIC").

6.   Bank Account 1 was a bank account opened at Bank 1 in the name of the Fort Lauderdale Black Police Officers Association, Inc., with an account number ending in 9272, and located in the Southern District of Florida. **HENRY BALDWIN LOCKWOOD III** was one of two authorized signers on Bank Account 1.

7.   Bank Account 2 was a bank account opened at Bank 1 in the name of Lockwood Security Inc. DDA, with an account number ending in 2967, and located in the Southern District of Florida. **HENRY BALDWIN LOCKWOOD III** was the authorized signer of Bank Account 2.

8.   Bank Account 3 was a bank account opened at Bank 1 in the name of Lockwood Security Inc. DDA, with an account number ending in 6656, and located in the Southern District of Florida. **HENRY BALDWIN LOCKWOOD III** was the authorized signer of Bank Account 3.

9.   Bank Account 4 was a bank account opened at Bank 2 in the name of Henry Lockwood III, with an account number ending in 4381, and located in the Southern District of

2

Florida. **HENRY BALDWIN LOCKWOOD III** was the authorized signer of Bank Account 4.

**COUNTS 1–3**
**Wire Fraud**
**(18 U.S.C. § 1343)**

1. Paragraphs 1 through 9 of the General Allegations Section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From at least in or around January 2023, through in or around January 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HENRY BALDWIN LOCKWOOD III,**

did knowingly, with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose for executing the scheme and artifice to defraud, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

**PURPOSE OF THE SCHEME AND ARTIFICE**

3. It was the purpose of the scheme and artifice for **HENRY BALDWIN LOCKWOOD III** to unlawfully enrich himself by fraudulently misappropriating funding intended for the Fort Lauderdale Black Police Officers Association, by using those funds for unauthorized personal expenses and depositing those funds into an account he controlled for his personal use and benefit.

## SCHEME AND ARTIFICE

The manner and means by which **HENRY BALDWIN LOCKWOOD III** sought to accomplish the purpose and object of the scheme and artifice included, among other things, the following:

4.      As the Treasurer of the Fort Lauderdale Black Police Officers Association ("BPOA"), **HENRY BALDWIN LOCKWOOD III** was an authorized signer on Bank Account 1, with full access to the account and the ability to write checks and make payments on behalf of the BPOA.

5.      As the Treasurer of the Fort Lauderdale Black Police Officers Association ("BPOA"), **HENRY BALDWIN LOCKWOOD III** provided updates to the Board of the BPOA and its members on the BPOA's finances. To that end, **LOCKWOOD** presented Excel spreadsheets purported to reflect bank statements of Bank Account 1 for any given month. In truth and in fact, however, the Excel spreadsheets modified and omitted the true bank statements of Bank Account 1 and therefore did not accurately reflect the state of Bank Account 1.

6.      The Excel spreadsheets concealed funds that were being misappropriated by **HENRY BALDWIN LOCKWOOD III**. The ending balance on the Excel spreadsheets often reflected an amount well exceeding the true balance in Bank Account 1.

7.      **HENRY BALDWIN LOCKWOOD III** used his position as Treasurer to deposit money from the Fort Lauderdale Black Police Officers Association ("BPOA") account into **LOCKWOOD**'s personal bank accounts, that is, Bank Account 2, Bank Account 3, and Bank Account 4. **LOCKWOOD** did so via direct transfers and by depositing checks. **LOCKWOOD** also made unauthorized payments directly from Bank Account 1.

8.     **HENRY BALDWIN LOCKWOOD III** used the monies stolen from the Fort Lauderdale Black Police Officers Association to pay for his utilities, personal shopping, maid cleaning service, home goods, dining out, and various other personal expenses.

## USE OF WIRES

9.     On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, **HENRY BALDWIN LOCKWOOD III,** for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as specified in each count below:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | November 10, 2023 | Interstate wire transfer in the approximate amount of $4,602.75, from Bank Account 1 to American Express, causing an interstate wire transmission from the Southern District of Florida. |
| 2 | November 28, 2023 | Interstate wire transfer in the approximate amount of $2,419.64, from Bank Account 1 to Mastercard, causing an interstate wire transmission from the Southern District of Florida. |
| 3 | December 2, 2024 | Interstate wire transfer in the approximate amount of $11,781.13, from Bank Account 1 to Bank Account 2, causing an interstate wire transmission from the Southern District of Florida. |

In violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HENRY BALDWIN LOCKWOOD III,** has an interest.

5

2.	Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, both of which are made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

LINDSEY MAULTASCH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. __26-CR-60137-DAMIAN/STRAUSS__

v.

**CERTIFICATE OF TRIAL ATTORNEY**

HENRY BALDWIN LOCKWOOD III,

_____ /
Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total Number of New Counts _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☒ FTL     ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) __No__
    List language and/or dialect:_____

4.  This case will take ___5___ days for the parties to try.
5.  Please check appropriate category and type of offense listed below:

    (Check only one)                (Check only one)
    I    ☒ 0 to 5 days              ☐ Petty
    II   ☐ 6 to 10 days             ☐ Minor
    III  ☐ 11 to 20 days            ☐ Misdemeanor
    IV   ☐ 21 to 60 days            ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes, Judge _____ Case No._____
7.  Has a complaint been filed in this matter? (Yes or No) __Yes__
    If yes, Judge Jared M. Strauss_____ Magistrate Case No. 25-mj-6717_____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
    If yes, Judge _____ Case No._____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? __No__
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? __No__

By:_____
Lindsey Maultasch
Assistant United States Attorney
SDFL Court ID No.     A5502705

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HENRY BALDWIN LOCKWOOD III

**Case No**: _____

Count #: 1

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.